

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_

May 2, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     **Joint Motion RE: Initial Pretrial Conference and Case Management Plan and**
        **Scheduling Order**
        Stephen Gannon v. 13-15 Essex Street, LLCCafe Grumpy LES, L.L.C., et al.
        Case # 1:22-cv-1671

Dear Judge Torres,

        This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action. Pursuant to
the Court's Initial Pretrial Scheduling Order dated March 7, 2022 (docket no. 9), all parties were
to submit a joint letter and jointly propose a Case Management Plan and Scheduling Order by
today, May 2, 2022.

        This letter motion is jointly filed by Adam Ford, counsel to Plaintiff, and Richard Peskin,
counsel for Defendant Cafe Grumpy Les L.L.C. ("Cafe Grumpy", who is the tenant in the subject
location of this ADA-related lawsuit). Property owner 13-15 Essex Street, LLC has not appeared
or had a representative reach out to Plaintiff's counsel and is therefore not a part of this joint
motion filing.

        Plaintiff and Defendant Cafe Grumpy jointly petition the Court to postpone until May
20, 2022, the date for the filing of the proposed Case Management Plan and Scheduling Order
and ask that the initial pretrial conference be scheduled for a time after that date as is

**Adam D. Ford**                                                    **adam.ford@fordhuffIaw.com**
228 Park Avenue South                                               (212) 287-5913
New York, New York 10003                                           www.fordhuffIaw.com

**Re: <u>Joint Motion RE: Initial Pretrial Conference and Case Management Plan and Scheduling
Order</u>**
May 2, 2022
Page **2** of **2**

convenient for the Court. Plaintiff intends to obtain a default certificate and move for a default
judgment in the interim unless Defendant 13-25 Essex Street makes an appearance.

The undersigned Parties believe that this adjournment of the deadline, and related
initial pretrial conference, is in the best interests of judicial economy. It also gives them a
chance to pursue settlement discussions, which have begun preliminarily already.

We thank the court for its attention in this matter.

Respectfully Submitted,

/s/ Adam Ford
Ford & Huff LC

/s/ Richard S. Peskin
Attorney at Law

GRANTED.

SO ORDERED.

Dated: May 5, 2022
        New York, New York

ANALISA TORRES
United States District Judge