UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

13-15 ESSEX STREET, LLC, CAFE GRUMPY LES L.L.C., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/25/2022__

22 Civ. 1671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by May 20, 2022.  ECF No. 18.  These submissions are overdue.  Accordingly, by **May 31, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge