UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

13-15 ESSEX STREET, LLC, CAFE GRUMPY LES L.L.C., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2023_

22 Civ. 1671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this matter closed on February 28, 2023. *See* ECF No. 28. The case management conference scheduled for March 15, 2023, is ADJOURNED to **March 28, 2023**, at **11:00 a.m.**

    Additionally, the parties are reminded that they shall submit a joint status report one week before the case management conference. *See* ECF No. 24 ¶ 16. And, pre-motion letters for any motions for summary judgment are due within fourteen days of the close of fact discovery, *see id.*, or **March 14, 2023**.

    SO ORDERED.

Dated: March 10, 2023
       New York, New York

                                      ANALISA TORRES
                              United States District Judge