UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

13-15 ESSEX STREET, LLC, CAFE GRUMPY LES L.L.C., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2023_

22 Civ. 1671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 17, 2023, the Court granted Defendants' request for an extension of discovery and adjournment of the case management conference. ECF No. 41. The Court directed the parties to submit a joint status report one week before the case management conference scheduled for July 18, 2023. *Id.* That submission is now overdue.

    Accordingly, the case management conference scheduled for July 18, 2023, is ADJOURNED *sine die*. By **July 26, 2023**, the parties shall submit a joint status report. Further, the parties are reminded that any pre-motion letters for summary judgment are due within fourteen days of the close of fact discovery, or by **July 14, 2023**. *Id.*; *see also* ECF No. 24 ¶ 16. Any motion for summary judgment filed after that date will be deemed untimely. ECF No. 24 ¶¶ 8, 16.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                    ANALISA TORRES
                             United States District Judge