UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

13-15 ESSEX STREET, LLC, CAFE GRUMPY LES L.L.C., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/8/2023__

22 Civ. 1671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 17, 2023, the Court scheduled a case management conference for November 14, 2023. ECF No. 44. The parties were required to file a joint status letter not later than one week in advance of the conference. ECF No. 24 ¶ 16. That submission is now overdue.

    Accordingly, the case management conference scheduled for November 14, 2023, is ADJOURNED *sine die*.

    Further, fact discovery closed on October 31, 2023. ECF No. 44. The parties are reminded that any pre-motion letters for leave to file a motion for summary judgment are due within fourteen days of the close of fact discovery. ECF No. 24 ¶ 16.

    SO ORDERED.

Dated: November 8, 2023
       New York, New York

                            ANALISA TORRES
                           United States District Judge