```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/29/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

13-15 ESSEX STREET, LLC, CAFE GRUMPY LES L.L.C., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                Defendants.

22 Civ. 1671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties were required to submit a joint status report one week in advance of the case management conference scheduled for March 5, 2024.  ECF No. 47.  That submission is now overdue.

      Accordingly, the case management conference scheduled for March 5, 2024, is ADJOURNED *sine die*.  By **March 12, 2024**, the parties shall provide the Court with a joint status update.

      Further, fact discovery closed on February 16, 2024.  *See id.*  The parties are reminded that any pre-motion letters for any motions for summary judgment are due within two weeks of the close of fact discovery, i.e., by **March 1, 2024**.  *See id.*, ECF No. 24 ¶ 8.

      SO ORDERED.

Dated: February 29, 2024
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge